**ZAZZALI, FAGELLA, NOWAK,
KLEINBAUM & FRIEDMAN**
570 Broad Street, Suite 1402
Newark, New Jersey 07102
Tel.: (973) 623-1822
Fax: (973) 623-2209
Flavio L. Komuves, Esq.
fkomuves@zazzali-law.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW POLICASTRO, Pro Se,<br><br>Plaintiff<br><br>vs.<br><br>NEW JERSEY EDUCATION ASSOCIATION, and their officers individually and in their official capacity; SOMERSET COUNTY EDUCATION ASSOCIATION, and their officers individually and in their official capacity; HUNTERDON COUNTY EDUCATION ASSOCIATION, and their officers individually and in their official capacity; and GLOUCESTER COUNTY EDUCATION ASSOCIATION, and their officers individually and in their official capacity,<br><br>Defendants | Civil Action No. 3:17-cv-06482-PGS-TJB<br><br>"Document Electronically Filed"<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TOANSWER, MOVE, OR OTHERWISE PLEAD**<br><br>[Local Civil Rule 6.1(b)] |

**TO THE CLERK:**

Application is hereby made for a Clerk's Order extending time within which all named defendants may answer, move, or otherwise plead, in response to the Complaint filed by Andrew Policastro, Plaintiff Pro Se. It is represented that:

1. No previous extension has been obtained;

2. Waivers of Service of Process were executed and returned on September 29, 2017; and

3. The time to Answer, Move or otherwise Reply expires on October 30, 2017.

ZAZZALI, FAGELLA, NOWAK,
KLEINBAUM & FRIEDMAN

By: __/s/ Flavio L. Komuves__
Flavio L. Komuves

Dated: October 26, 2017

## ORDER

The above application is ORDERED GRANTED extended to _____ .

ORDER dated: _____

WILLIAM T. WALSH, CLERK

By:_____
Deputy Clerk